# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2016

No. 04-16-00337-CR



Ex Parte Jennifer **RODRIGUEZ**,
Appellant

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 496800
Honorable Jason Wolff, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order denying appellant's pre-trial application for writ of habeas corpus. Appellant's brief was originally due to be filed on July 5, 2016. Appellant's first motion for extension of time to file the brief was granted in part, extending the deadline to file the brief to August 4, 2016. On August 1, 2016, appellant filed a motion requesting an additional extension of time to file the brief until September 3, 2016, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. Appellant's brief must be filed by September 6, 2016.[1]

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] September 3, 2016 is a Saturday, and September 5, 2016 is a holiday.